**THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

Grange Mutual Casualty and Trustguard Insurance Company, Respondents,

v.

20/20 Auto Glass, LLC, Petitioner.

Appellate Case No. 2020-000462

Appeal from Anderson County
R. Scott Sprouse, Circuit Court Judge

Memorandum Opinion No. 2021-MO-006
Heard May 6, 2021 – Filed May 12, 2021

**CERTIORARI DISMISSED AS IMPROVIDENTLY GRANTED**

Joshua Matthew Henderson, of Henderson Brandt & Vieth, PA, of Spartanburg, and Charles J. Lloyd, of Livgard & Lloyd, PLLP, of Minneapolis, MN, for Petitioner.

Ronald Barton Diegel and Wesley Brian Sawyer, both of Murphy & Grantland, PA, of Columbia, for Respondents.

**PER CURIAM:**  We issued a writ of certiorari to review the court of appeals' decision in *Grange Mutual Casualty v. 20/20 Auto Glass, LLC*, Op. No. 2019-UP-419 (S.C. Ct. App. filed Dec. 31, 2019).  We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**BEATTY, C.J., KITTREDGE, HEARN, FEW and JAMES, JJ., concur.**